NOT FINAL UNTIL TIME EXPIRES TO FILE REHEARING
MOTION AND, IF FILED, DETERMINED

IN THE DISTRICT COURT OF APPEAL

OF FLORIDA

SECOND DISTRICT



In the Interest of C.H., a child.                )
_____  )
                                                              )
K.C.,                                                       )
                                                              )
            Appellant,                               )
                                                              )
v.                                                          )            Case No. 2D19-1193
                                                              )
LUTHERAN SERVICES FLORIDA,      )
INC., a Florida corporation;              )
CHILDREN'S NETWORK OF             )
SOUTHWEST FLORIDA, LLC, a Florida )
corporation; FLORIDA DEPARTMENT  )
OF CHILDREN AND FAMILIES, an       )
agency of the State of Florida; and       )
OPERATION PAR, INC.,                      )
                                                              )
            Appellees.                              )
_____  )


Opinion filed September 18, 2020.

Appeal from the Circuit Court for Lee
County; Robert J. Branning, Judge.

Stacie J. Schmerling and Howard M.
Talenfeld of Talenfeld Law, Fort
Lauderdale; Michael A. Bernstein of
Michael A. Bernstein, P.A., Fort
Lauderdale; and Richard A. Filson of
Filson & Penge, P.A., Sarasota, for
Appellant.

Kayla A. Riera-Gomez of Wilson, Elser, Moskowitz, Edelman & Dicker, LLP, Miami, and Andrew W. Feldman of Klein Glasser Park & Lowe, P.L., Miami, for Appellee Lutheran Services Florida, Inc.

Eric J. Netcher of Dean, Ringers, Morgan & Lawton, P.A., Orlando, and Joshua B. Walker of Walker, Revels, Greninger & Netcher, PLLC, Orlando, for Appellee Children's Network of Southwest Florida, LLC.

Julie C. Ireland and AnnMarie G. Flores of Cole, Scott & Kissane, P.A., Fort Myers, for appellee Operation Par, Inc.

No appearance for appellee Department of Children Families.

PER CURIAM.

Affirmed.

NORTHCUTT, ROTHSTEIN-YOUAKIM, and ATKINSON, JJ., Concur.